Jay J. Kiiha, ISB # 6763
Kiiha and Associates PLLC
3313 W Cherry Ln # 905
208.960.5107
jay@kiiha.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00158-DCN |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF JAY J. KIIHA IN SUPPORT OF MOTION TO |
| vs. | ) ) | APPOINT CO-COUNSEL |
| STEVEN BOWMAN, aka "BIG PIMPIN", | ) ) | |
| Defendant. | ) ) | |

I, Jay J. Kiiha, counsel for the above-named Defendant, do hereby declare, certify and verify, under penalty of perjury as provided by federal law that:

1.  I am licensed in the States of Idaho and Washington.  I am licensed to practice before the U.S. Dist. Court, Dist. of Idaho and U.S. Ninth Circuit Court of Appeals.  I am a member of the Criminal Justice Act Panel, Dist. of Idaho and am appointed counsel to the defendant.

2.  A four-week jury trial is currently set in this matter starting October 3, 2022.

3.  I am currently in trial in USA v. Babichenko (Dist. of Idaho 1:18-cr-00258-BLW).  The Babichenko trial is expected to run through July 2022 and perhaps longer.  It is designated as complex litigation and runs Monday through Friday 9-3:30 with a week break over

the Memorial Day week and the week of the 4th of July. I am spending 8-12 hours per day every day on this matter on trial days and getting ready for the next day in court.

4. Discovery is not yet complete in the Bowman case. Approximately 3 TB of information have been released to counsel and Mr. Bowman has only seen a sliver of the discovery materials despite IDOC promises to let him review the first 60,000 pages of discovery. It is my understanding that another 1-2 TB of information have just been released to our discovery coordinator. The matter is set for trial on October 5, 2021 and two co-defendants have yet to plead. At the February and April, 2022 status conferences all parties remaining in this case discussed a need to appoint co-counsel for each remaining party to keep this case moving forward. Appointing co-counsel in this matter will allow prison visits to continue in a timely fashion and it would be very helpful to have another set of eyes on additional discovery releases and to prepare the matter for trial when I only have a limited amount of time to work after trial and on weekends.

5. I have spoken with Thomas Monaghan who is a CJA panel member and he has expressed an interest in being appointed as Mr. Bowman's co-counsel. Mr. Monaghan is very experienced in all aspects of criminal defense and will be able to get up to speed very quickly in this matter.

6. I would request that the court enter an order allowing Mr. Monaghan to make an appearance in this case as soon as possible.

EXECUTED May 30, 2022.

    /s/ Jay J. Kiiha
Jay J. Kiiha

DECLARATION OF JAY J. KIIHA IN SUPPORT MOTION TO APPOINT CO-COUNSEL - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of May 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below to the following:

| | | |
|---|---|---|
| Joshua David Hurwit | _____ | US Mail |
| Frank Zebari | ✓ | CM/ECF Filing |
| Assistant US Attorney | _____ | Email Transmission |
| Office of the United States Attorney | _____ | Hand Delivery |
| Washington Group Plaza, IV | _____ | Facsimile No. |
| 800 Park Blvd., Ste. 600 | _____ | Email: |
| Boise, ID 83712 | | |

/s/ Jay Kiiha
Jay J. Kiiha

DECLARATION OF JAY J. KIIHA IN SUPPORT MOTION TO APPOINT CO-COUNSEL - 3